*Friday, July 1, 1994*

## MOTION DOCKET

**93–1588.** Schulte v. Schulte. *Wood County,* No. 91WD075. On motion for an order to trial court to hold hearing on visitation. Motion denied.

DOUGLAS, J., dissents and would remand this cause to the trial court to establish a summer visitation schedule.

**93–1897.** State v. Jones. *Cuyahoga County,* No. 64481. On motion for appeal bond and suspension of execution of sentence. Motion denied.

**94–207.** Vom Baur v. Vom Baur. *Licking County,* No. 93CA00026. On application for temporary restraining order. Application denied.

**94–961.** State v. McGlaughlin. *Franklin County,* No. 93AP–1109. On application for stay of execution of judgment mandate of the court of appeals pending appeal. Motion granted.

**94–1206.** State v. Brady. *Summit County,* No. 16329. On motion to set bail. Motion denied.

**94–1222.** State ex rel. Wright v. Ohio Adult Parole Auth. *Franklin County,* No. 93AP–622. On application for stay. Motion granted.

WRIGHT and PFEIFER, JJ., dissent.

## RECONSIDERATION DOCKET

**94–212.** Bharmota v. Ohio State Med. Bd. *Franklin County,* No. 93AP–630. Reported at 69 Ohio St.3d 1428, 631 N.E.2d 639. On motion for reconsideration and on application for stay of proceedings. Motion and application denied.

A.W. SWEENEY, J., dissents.

## DISCIPLINARY DOCKET

**94–1204.** In re West. On application and supplemental application for stay and on motion in support of imposition of sanction under Gov.Bar R. V by Warren County Bar Association. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Richard E. West of Springboro, Ohio, Attorney Registration No. 0033319, is indefinitely suspended from the practice of law in the state of Ohio.

PFEIFER, J., dissents and would take no action at this time.

**DD88–30.** Disciplinary Counsel v. Freeman. On Certified Report. The probation of B. Alan Freeman of Columbus, Ohio, Attorney Registration No. 0024853, is revoked and a six-month suspension is imposed immediately.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK and F.E. SWEENEY , JJ., concur.

WRIGHT and PFEIFER, JJ., dissent and would defer action until respondent has an opportunity to respond.

*Thursday, July 7, 1994*

## MOTION DOCKET

**87–1159.** State v. Van Hook. *Hamilton County,* No. C–850565. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellee's request to strike its motion to set execution date,

IT IS ORDERED by the court that the request to strike be, and the same is hereby, granted, effective July 5, 1994.